## AVONNE TAYLOR BLACKWELL'S
## APPLICATION FOR CHANGE OF NAME

Superior Court      Fairfield County      File #53536

Present: Hon. EDWIN C. DICKENSON, Judge.

Wilson & Hanna,            Attorneys for the Petitioner.

## MEMORANDUM FILED JUNE 15, 1937.

DICKENSON, J.   The petitioner asks for a change of name on the ground that she has been divorced from her husband and she offers in evidence the divorce judgment of a Mexican Court showing the divorce was granted upon "mutual con-sent" grounds and obtained after a week's residence in Mexico for that purpose, with no residence there on the part of her husband.

Such a proceeding is not recognized as a divorce in this state **(State vs. Cooke, 110 Conn. 348)** and this Court will not recognize it by granting an application based upon it.

The petition is denied.